IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| LJH ACQUISITIONS, INC. AND YELLOWJACKET OILFIELD SERVICES, INC. | )<br>)<br>)<br>) |
| PLAINTIFFS, | ) CA NO. 7:16-CV-00341 |
| VS. | ) JURY DEMANDED |
| SLAUGH FISHING SERVICES, INC., JAMES C. SLAUGH, DONALD O. ROOKS, JR., AND DEANNA SLAUGH | )<br>)<br>)<br>) |
| DEFENDANTS. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs LJH Acquisitions, Inc. and Yellowjacket Oilfield Services, Inc. have filed a Notice of Voluntary Dismissal of Defendants Slaugh Fishing Services, Inc., James C. Slaugh, Donald O. Rooks, Jr., and Deanna Slaugh with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs' notice explains that Plaintiffs and Defendants have settled all of their claims and controversies.

Plaintiffs' Original Complaint was filed on September 25, 2016 (Doc. 1). Defendants have been served, but they have not served either an answer or a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES this lawsuit with prejudice.

Order entered this 7th day of November, 2016.

UNITED STATES DISTRICT JUDGE

1